## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | Criminal No. 04-468 (MJD/JGL) |
| Plaintiff, | |
| v. | **O R D E R** |
| **MOLLY COHOON PEINE, a/k/a Molly S. Cohoon,** | |
| Defendant. | |

### APPEARANCES

Henry J. Shea, III, Esq., Assistant U.S. Attorney, on behalf of Plaintiff United States of America

Douglas H.R. Olson, Esq., on behalf of Defendant Molly Cohoon Peine

Based upon the Report and Recommendation by Chief United States Magistrate Judge Jonathan Lebedoff dated April 21, 2005, all the files, records and proceedings herein, and no objections having been filed to that Report and Recommendation,

**IT IS HEREBY ORDERED:**

(1)   Defendant's Motion for Suppression of Surveillance and Wiretaps (Doc. No. 56) is **DENIED AS MOOT**; and

(2)    Defendant's Motion to Dismiss Forfeiture Count (Doc. No. 57) is **DENIED WITHOUT PREJUDICE**.

Dated: May 31, 2005

s/ Michael J. Davis
MICHAEL J. DAVIS
United States District Court
